DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIDGETTE LACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  06-mj-219-DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date: September 26, 2006 |
| ) | Time: 10:00 a.m. |
| BRIDGETTE LACKEY, ) | Judge: Dale A. Drozd |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, BRIDGETTE LACKEY, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for September 19, 2006 and the jury trial set for October 2, 2006 be vacated and a status conference be set for Tuesday, September 26, 2006 at 10:00 a.m.  Defense counsel needs additional time to conduct an investigation.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference set for September 26, 2006 at 10:00 a.m. pursuant to

18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: September 14, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Tara I. Allen

                                        _____
                                        TARA I. ALLEN
                                        Staff Attorney
                                        Attorney for Defendant
                                        BRIDGETTE LACKEY

Dated: September 14, 2006        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew Stegman

                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the status conference date of September 26, 2006.

IT IS SO ORDERED.

DATED: September 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lackey0219.stipord

2